# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL L. SPIVEY | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:22-cv-924-S-BN |
| | § | |
| BUDGET CAR RENTAL | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 5. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's claims will be **DISMISSED** for lack of subject matter jurisdiction.

**SO ORDERED.**

SIGNED May 12, 2022.

_____
**UNITED STATES DISTRICT JUDGE**

1